## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 20-124-CRC |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

### NOTICE OF FILING PROOF OF SERVICE

Plaintiff Judicial Watch, Inc., by counsel, respectfully submits the attached Declaration of Cristina Rotaru as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant in the above-captioned matter.

Dated:  January 29, 2020                   Respectfully submitted,

/s/ *Paul Orfanedes*
Paul Orfanedes
D.C. Bar 429716
**JUDICIAL WATCH, INC.**
425 Third Street, SW, Suite 800
Washington, DC  20024
(202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*