## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 20-124-CRC |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF CRISTINA ROTARU

I, CRISTINA ROTARU, declare as follows:

1. My name is Cristina Rotaru. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am employed as a Paralegal with Judicial Watch, Inc. in Washington, DC. I have worked for Judicial Watch, Inc. in this capacity since 2002. Among my duties is effecting service of process on defendants in lawsuits filed by Judicial Watch, Inc. I prepare Certified Mail Receipts (P.S. Form 3800) and affix these documents to envelopes addressed to each defendant and/or recipient. After I mail the summonses and the complaint, I retain the customer's portion of the Certified Mail Receipts in the appropriate case file. I then obtain a U.S. Postal Service Track and Confirm Sheet from the U.S. Postal Service's website to confirm service.

3. On January 16, 2020, Plaintiff initiated the above-captioned matter in the U.S. District Court for the District of Columbia. Shortly thereafter, I served summonses and copies of

1

the complaint, filed electronically, on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant U.S. Department of State. Service was effected by Certified First Class U.S. Mail, following the practice described above.

4. According to the U.S. Postal Service Track and Confirm sheet, service of process was effected on the U.S. Attorney for the District of Columbia at 555 4th Street, NW, Washington, DC 20530, on January 28, 2020. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the U.S. Attorney for the District of Columbia are attached hereto as Exhibit 1.

5. According to the U.S. Postal Service Track and Confirm Sheet, service of process was effected on the U.S. Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530, on January 28, 2020. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the U.S. Attorney General are attached hereto as Exhibit 2.

6. According to the U.S. Postal Service Track and Confirm Sheet, service of process was effected on the U.S. Department of State, the Executive Office, at 600 19th Street, NW, Washington, DC 20522, on January 28, 2020. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the U.S. Department of State are attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2020, in Washington, DC.

Cristina Rotaru

# EXHIBIT 1

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70181830000061983067

Your item was delivered at 5:46 am on January 28, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

January 28, 2020 at 5:46 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨



Text & Email Updates

Tracking History

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 70172680000068205860

Your item was delivered at 5:46 am on January 28, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

January 28, 2020 at 5:46 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨



Text & Email Updates  ∨

Tracking History  ∨

Product Information  ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

EXHIBIT 3

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70171000000053831985

Remove ✕

Your item was delivered at 6:03 am on January 28, 2020 in WASHINGTON, DC 20521.

## ✓ Delivered

January 28, 2020 at 6:03 am
Delivered
WASHINGTON, DC 20521

Get Updates ∨



Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.