UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-0124 (CRC) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 17, 2020, Minute Order, Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of State ("State Department" or the "Agency"), have met, conferred and hereby report to the Court as follows:

1. This is a Freedom of Information Act ("FOIA") case in which Plaintiff submitted a FOIA request to Defendant seeking records concerning (1) the State Department's use of the CrowdTangle social media monitoring program to monitor, compile, and/or analyze the social media activity of any U.S.–based journalist, reporter, or media commentator; and (2) any contracts, purchase agreements, or similar records documenting any payments made by the Department of State for access to or the use of the CrowdTangle program. The time frame for Plaintiff's request was January 1, 2019 to October 1, 2019.

2. State Department has now completed processing Plaintiff's FOIA request, having made its final production to Plaintiff on August 31, 2020.

3. Plaintiff has reviewed State Department's productions and the parties are now in discussions concerning the adequacy of State Department's response. Specifically, Plaintiff has raised concerns concerning the Agency's withholding of certain information pursuant to FOIA

Exemption 5 and a limited number of withholdings under FOIA Exemption 6. To further their discussions, State Department has agreed to provide Plaintiff with a draft *Vaughn* index for the withholdings that Plaintiff has identified. The parties are hopeful that they will be able to resolve any remaining disputes without the need for further litigation.

4. In light of the foregoing, the parties propose that they submit a further joint status report by December 15, 2020 .

Dated: October 15, 2020

Respectfully submitted,

/s/ Jason B. Aldrich
JASON B. ALDRICH
D.C. Bar No. 495488
JUDICIAL WATCH, INC.
Suite 800
425 3rd Street, S.W.
Washington, DC 20024
Tel.:  (202) 646-5172
Fax.:  (202) 646-5199
E-mail: jaldrich@judicialwatch.org

Attorney for Plaintiff

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ *Derek S. Hammond*
   DEREK S. HAMMOND
   D.C. Bar # 1017784
   Assistant United States Attorney
   555 Fourth Street, NW
   Washington, DC 20530
   (202) 252-2511
   Derek.hammond@usdoj.gov

*Counsel for Defendant*